JOHANNA HAYES, Respondent, *v.* THE SARATOGA AND WASH-
INGTON FIRE INSURANCE COMPANY, Appellant.

*Hayes* v. *Saratoga & Wash. F. Ins. Co.*, 81 App. Div. 287, affirmed.
(Argued June 10, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
March 18, 1903, affirming a judgment in favor of plaintiff
entered upon a decision of the court at a Trial Term without
a jury.

*William S. Ostrander* and *George R. Salisbury* for
appellant.

*William D. McNulty* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CUL-
LEN and WERNER, JJ. Absent: HAIGHT, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE DELTA
KAPPA EPSILON SOCIETY OF HAMILTON COLLEGE, Appellant,
*v.* E. F. LAWLER et al., as Assessors of the TOWN OF KIRK-
LAND, Respondents.

*People ex rel. D. K. E. Society* v. *Lawler*, 74 App. Div. 553, affirmed.
(Argued June 6, 1904; decided August 5, 1904.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
July 28, 1902, which reversed an order of Special Term
directing that a certain assessment for the taxation of relator's
real property be stricken from the tax roll of the town of
Kirkland.

*Charles Bell* for appellant.

*Louis M. Martin* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, CULLEN and
WERNER, JJ. Absent: HAIGHT, J. Not sitting: VANN, J.